941 A.2d 597

IN THE MATTER OF STEPHEN R. PHILPITT, AN ATTORNEY AT LAW (ATTORNEY NO. 282931972).

February 27, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–279, concluding that **STEPHEN R. PHILPITT** of **JAMESBURG,** who was admitted to the bar of this State in 1972, should be reprimanded for violating *RPC* 1.15(a)(negligent misappropriation of client funds), and *RPC* 1.15(d) and *Rule* 1:21–6 (recordkeeping violations), and good cause appearing;

It is ORDERED that **STEPHEN R. PHILPITT** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.